442 A.2d 349

Cohen, Appellant v. Forbes Hospital System et al.
Petition for Allowance of Appeal Denied Sept. 10, 1982.

Argued April 13, 1981. Kenneth W. Behrend, for appellant; Charles H. Alpern, for Forbes, etc., appellee (at No. 1058); Robert B. Smith, for City of Pittsburgh, etc., appellee (at No. 1059).

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

The judgment dated October 1, 1980 is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.